Anton Ewing (*not an attorney*)
3077 Clairemont Drive #372
San Diego, CA 92117
anton@antonewing.com.
(619)719-9640

Plaintiff in propria persona

FILED
SEP 26 2019
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# THE UNITED STATES FEDERAL DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anton Ewing, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> Direct Merchant Funding, Inc., a New York Corporation; <br> Direct Merchant Funding Group, LLC, a Florida limited liability company; <br><br> Defendants. | Civil Case No.:19-cv-1172 CAB BGS <br><br> **NOTICE OF SETTLEMENT** |

May it please the Court, Plaintiff Anton Ewing ("Plaintiff"), hereby respectfully provides notice to all parties and to this honorable Court that the parties have reached a signed written settlement agreement. The case should be

stayed for 30 days in order to complete the terms thereof. A Rule 41 Joint Motion to Dismiss will be filed shortly thereafter. Plaintiff will keep the Court advised of the progress and status.

Respectfully submitted.

Dated: September 26, 2019

Anton Ewing,<br>
Plaintiff

## PROOF OF SERVICE

I, Anton Ewing, am over 18, a pro per plaintiff in this matter. I have filed this Notice of Settlement and had it served on Defendant as follows:

**3:19-cv-01172 CAB BGS**

**Notice has been electronically mailed to:**

I have also emailed a copy of this document to Defendant directly at the email address he uses to communicate with me at:

JSnell@perkinscoie.com

Additionally I mailed this pleading, first class postage prepaid, to:

**Jim Snell, Esq**
**Perkins Coie LLP**
3150 Porter Drive
Palo Alto, CA 94304-1212
D. +1.650.838.4367
C. +1.650.799.7949


All ECF users in this case have been served with a true and accurate copy via email.

I swear under penalty of perjury that the above was served as stated.
Dated: September 26, 2019

/S/ Anton Ewing
Anton Ewing