1  Anton Ewing (*pro se*)
2  3077 Clairemont Drive #372
   San Diego, CA 92117
3  619-719-9640

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10

11  Anton Ewing, an individual,          Case No.  19-cv-1172 CAB BGS

12                    Plaintiff,          JOINT MOTION AND
                                          STIPULATION FOR DISMISSAL
13       v.                               OF ENTIRE CASE WITH
                                          PREJUDICE
14  Direct Merchant Funding, Inc.., a New
    York Corporation; Direct Merchant
15  Funding Group, LLC, a Florida limited
    liability company;
16
                     Defendant.
17

18       Plaintiff Anton Ewing and Defendants Direct Merchant Funding, Inc. and

19  Direct Merchant Funding Group, LLC have reached a confidential resolution and
20
21  therefore jointly move and hereby stipulate to the dismissal, with prejudice, of this
22  action in its entirety pursuant to Federal Rule of Civil Procedure 41(a). A proposed
23  order reflecting the dismissal is provided.
24
25
26
27
28

FILED
OCT 01 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          DEPUTY



1  Dated: _____, 2019          Anton Ewing

2

3                                       _____

4                                       By: Anton Ewing

5

6  Dated: September 30, 2019            **Perkins Coie LLP**

7

8                                       ____/s/ James G. Snell_____

9                                       James G. Snell

10                                      Perkins COIE LLP

11                                      3150 Porter Drive
                                        Palo Alto, CA 94304-1212
                                        (650) 838-4300

12                                      JSnell@perkinscoie.com

13
                                        *Attorneys for Defendants Direct*
14                                      *Merchant Funding, Inc. and Direct*
                                        *Merchant Funding Group, LLC*
15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that on _____10/1_____, 2019 I filed the foregoing JOINT MOTION AND STIPULATION FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE with the Clerk of the Court using the CM/ECF system.

Anton Ewing